JANE B. WHEELER, *Respondent, v.* HENRY S. DUNNING, *Appellant.*— Motion to strike cause from preferred calendar denied.

THE DAVIS SEWING MACHINE COMPANY OF WATERTOWN, NEW YORK, *Respondent, v.* WILLIAM J. BEST, *as Receiver, etc., Appellant.*— Motion for reargument denied.

PATRICK H. AGAN, *Respondent, v.* GEORGE W. HEY, *Appellant.*— Motion for reargument denied. Memorandum filed with clerk of Onondaga county.

IN THE MATTER OF THE FINAL ACCOUNTING OF REUBEN LEFFINGWELL, *as Administrator, etc.* — Reargument ordered and leave given to each party to move the Surrogate's Court to open its decree and order of confirmation, and to grant leave to file exceptions to the referee's report *nunc pro tunc*. This order is made upon the condition that the appellant, within twenty days, pay to the respondent's attorney forty dollars argument fee of the appeal to this court, and the respondent's disbursements incurred in the entry of judgment of affirmance, and if such payment be not made the motion is denied.

THE NATIONAL EXCHANGE BANK OF AUBURN, *Plaintiff, v.* HENRY OGDEN, *Defendant, Impleaded, etc.* — Motion denied.

MARY FLANNERY, *Appellant, v.* HENRY JAMES and another, *Respondents.*— Motion for reargument granted, unless defendants stipulate within five days to modify the order appealed from by striking out the provision requiring plaintiff and her husband to vacate the premises and surrender possession thereof, in which case the motion for argument is denied, without costs to either party, and the plaintiff is to have twenty days from the tendering of such stipulation to comply with the terms of said order as so modified.